F I L E D

AO 470 (12/03) Order of Temporary Detention

OCT 0 4 2022

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | **ORDER OF TEMPORARY DETENTION** |
| | § | **PENDING HEARING PURSUANT TO** |
| vs. | § | **BAIL REFORM ACT** |
| | § | |
| (1) Jason Duhaime | § | Case Number: SA:22-M -01501(1) |
| *Defendant* | | |

Upon Motion of the _____**GOVERNMENT**_____ , it is ORDERED that a

**IDENTITY HEARING/PRELIMINARY HEARING/DETENTION HEARING**

is set for _____**October 07, 2022**_____ * at _____**09:30 AM**_____
                              *Date*                                                         *Time*

before _____**U.S. MAGISTRATE JUDGE Henry J. Bemporad**_____

in the **Courtroom D, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX**
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)
(_____)
and produced for the hearing.

_____**October 04, 2022**_____                    _____
                *Date*                                                              HENRY J. BEMPORAD
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.

6/7/2011 Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § | NO: SA:22-M-01501(1) |
| | § | |
| (1) Jason Duhaime | § | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community. I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_____    _____
**Date**                **Defendant**

                        _____
                        **Name of Attorney for Defendant (Print)**

_____    _____
**Date**                **Signature of Attorney for Defendant**

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| USA § § <br> vs. § § <br> (1) Jason Duhaime § § <br> *Defendant* § | **WAIVER OF RULE 5 & 5.1 HEARINGS** <br> **(Excluding Probation Cases)** <br><br> Case Number: SA:22-M -01501(1) <br><br> REF: |

I, _____(1) Jason Duhaime_____ understand that in the _____ charges are pending alleging violation of _____

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )   Identity Hearing.

( )   Preliminary Hearing.

( )   Identity Hearing and I have been informed I have no right to a preliminary examination.

( )   Identity Hearing but request a preliminary hearing be held in the prosecuting district

and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
(1) Jason Duhaime, *Defendant*

_____
Date

_____
*Counsel for Defendant*