UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-22-MJ-1501-HJB |
| JASON DUHAIME | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

David J. Kimmelman, Assistant Federal Public Defender, enters his appearance as counsel of record for the defendant in the above-styled and numbered cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ DAVID J. KIMMELMAN
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No.  11427300
Tel.: 210-472-6700
Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4 day of October 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Matthew Lathrop
Assistant United States Attorney
601 NW Loop 410 #600
San Antonio, TX 78216

/s/ DAVID J. KIMMELMAN
*Assistant Federal Public Defender*